

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2015

No. 04-15-00299-CR

Louis Leo **CHRISTINA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4887
Jefferson Moore, Judge Presiding

## O R D E R

Appellant's third motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **December 3, 2015. No further extensions will be granted.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court